# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **JENNIFER D. BROWN,** | : | Case No. 2:12-CV-0511 |
| | : | |
| Plaintiff, | : | **JUDGE ALGENON L. MARBLEY** |
| | : | |
| v. | : | |
| | : | Magistrate Judge King |
| **COMMISSIONER OF SOCIAL SECURITY,** | : | |
| | : | |
| Defendant. | : | |

## OPINION AND ORDER

On June 7, 2013, the United States Magistrate Judge recommended that the decision of the Commissioner be reversed and that the action be remanded to the Commissioner of Social Security for further consideration of the opinions of Plaintiff's treating neurologist. *Report and Recommendation*, Doc. 14. Although the parties were advised of their right to object to the recommendation and of the consequences of their failure to do so, there has nevertheless been no objection.

The *Report and Recommendation*, Doc. No. 14, is **ADOPTED AND AFFIRMED**. The decision of the Commissioner is **REVERSED** and the action is **REMANDED** to the Commissioner of Social Security, pursuant to Sentence 4 of 42 U.S.C. § 405(g), for further consideration of the opinions of Plaintiff's treating neurologist.

The Clerk shall enter **FINAL JUDGMENT** pursuant to Sentence 4 of 42 U.S.C. § 405(g).

                                               s/Algenon L. Marbley_____
                                               ALGENON L. MARBLEY
                                               UNITED STATES DISTRICT JUDGE

**DATE: September 11, 2013**