IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **JENNIFER D. BROWN,** | : | |
| Plaintiff, | : | Case No. 2:12-CV-511 |
| v. | : | **JUDGE ALGENON L. MARBLEY** |
| **COMMISSIONER OF SOCIAL SECURITY** | : | Magistrate Judge King |
| Defendant. | : | |

## ORDER

This matter is before the Court on the United States Magistrate Judge's **Report and Recommendation.** (Doc. 18). On December 26, 2013, the Magistrate Judge issued the Report and Recommendation, recommending that Plaintiff's unopposed Motion for Attorney's Fees (Doc. 17) be granted. The parties were specifically advised of their right to object to this Report and Recommendation, and of the consequences of their failure to do so. (Doc. 18 at 5). The parties have failed to respond. The deadline for objections lapsed on January 13, 2014.

The Court hereby **ADOPTS** the Report and Recommendation based on the independent consideration of the analysis therein. Accordingly, Plaintiff's Motion for Attorney's Fees is **GRANTED** in the amount of $2811.38.

IT IS SO ORDERED.

    s/ Algenon L. Marbley
ALGENON L. MARBLEY
UNITED STATES DISTRICT JUDGE

**DATED:** April 22, 2014